(March 31, 1923.)

STATE, Respondent, v. T. C. HALL, Appellant.

[213 Pac. 1027.]

APPEAL from the District Court of the Third Judicial District, for Ada County. Hon. Charles P. McCarthy, Judge.

Appeal from judgment of conviction for having possession of intoxicating liquor. *Affirmed.*

A. H. Conner, Attorney General, and James L. Boone, Assistant, for Respondent.

Frawley & Koelsch, for Appellant.

Counsel rely upon the same authorities cited in *State v. Bilboa, ante,* p. 92.

BUDGE, C. J.—In this case the facts and questions of law are substantially the same as in the case of *State v. Bilboa, ante,* p. 92, 213 Pac. 1025. Upon the authority of that case, the judgment herein is affirmed.

Dunn and Wm. E. Lee, JJ., concur.


ON REHEARING.

(December 8, 1923.)

VARIAN, District Judge.—In this case the facts and questions of law are substantially the same as those presented to this court in the case of *State v. Bilboa, ante,* p. 92, 213 Pac. 1025. Upon the authority of that case the judgment of the lower court is reversed and the cause remanded, with directions to the lower court to dismiss the action.

William A. Lee and Wm. E. Lee, JJ., concur.

Budge, C. J., and Dunn, J., dissent.